1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   LOL FINANCE COMPANY, a              )  1:10-cv-00078-LJO-JLT
     Minnesota Corporation,              )
12                                       )  ORDER   GRANTING   PRO   HAC   VICE
                        Plaintiff,       )  APPLICATION OF JONATHON C. MIESEN
13                                       )
                                         )
14            v.                         )  (DOC # 9)
                                         )
15                                       )
     HELEN L. MEBANE, individually and   )
16   as Trustee of the Dwight and Helen  )
     Maban Trust                         )
17                                       )
                        Defendants.      )
18   _____)

19

20        On January 21, 2010, attorney Jonathon C. Miesen filed an application to appear pro hac vice

21   as counsel for Plaintiff LOL Finance Company. Pursuant to the provision of Local Rule 180(b)(2).

22   The application appearing in order and the requisite fee having been paid, the application is hereby

23   GRANTED.

24

25   IT IS SO ORDERED.

26   Dated:   **January 22, 2010**                      _____
                                                          **/s/ Jennifer L. Thurston**
27   _____                                             UNITED STATES MAGISTRATE JUDGE

28