UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LOL Finance Company, | Case No. 1:10-cv-00078-LJO-JLT |
|---|---|
| Plaintiff, | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT OR MOTION FOR DEFAULT JUDGMENT AND DISCHARGING THE ORDER TO SHOW CAUSE |
| v. | |
| Helen L. Mebane and Dwight and Helen Mebane Trust, | |
| Defendants. | |

Based upon Plaintiff's Response to the Court's Order to Show Cause filed on April 14, 2010, IT IS HEREBY ORDERED:

1. That the Order to Show Cause issued on April 14, 2010 (Doc. 15) is DISCHARGED.
2. That Plaintiff has until July 23, 2010, to either amend its Complaint or proceed to obtain a default judgment against Defendants.

IT IS SO ORDERED.

Dated:   **June 9, 2010**                    /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE