**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LOL FINANCE COMPLANY,<br><br>             Plaintiff,<br><br>      v.<br><br>DWIGHT G. MEBANE, HELEN L. MEBANE, DWIGHT AND HELEN MEBANE TRUST, JUSTIN J. MEBANE, CHET B. MEBANE, MELISA J. WARNER, JOHN DOE, and ABC COMPANY,<br><br>             Defendants. | Case No.: 1:10-cv-00078 LJO JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT<br><br>(Doc. 69) |

On December 4, 2011, the parties notified the Court that they had reached a settlement of the matter. (Doc. 69) Pursuant to this Court's Local Rule 160, this Court ORDERS:

1. No later than January 20, 2012, a request dismissing the case, **SHALL** be filed

2. All pending dates, including the trial date, are **VACATED.**

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order. *See* Local Rules 110, 160 and 272.

IT IS SO ORDERED.

Dated:   **December 6, 2011**                                              /s/ Jennifer L. Thurston
                                                                                 UNITED STATES MAGISTRATE JUDGE