1
2
3
4
5
6
7
8
**IN THE UNITED STATES DISTRICT COURT**
9
**FOR THE EASTERN DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| 11 LOL FINANCE COMPLANY, | ) Case No.: 1:10-cv-00078 LJO JLT |
| | ) |
| 12         Plaintiff, | ) ORDER AFTER NOTICE OF SETTLEMENT |
| | ) |
| 13 | ) (Doc. 69) |
|     v. | ) |
| 14 | ) |
| | ) |
| 15 DWIGHT G. MEBANE, HELEN L. MEBANE, | ) |
| DWIGHT AND HELEN MEBANE TRUST, | ) |
| 16 JUSTIN J. MEBANE, CHET B. MEBANE, | ) |
| MELISA J. WARNER, JOHN DOE, and ABC | ) |
| 17 COMPANY, | ) |
| | ) |
| 18 | ) |
|         Defendants. | ) |
| 19 | ) |

20       On December 4, 2011, the parties notified the Court that they had reached a settlement of the

21 matter. (Doc. 69)  Pursuant to this Court's Local Rule 160, this Court ORDERS:

22       1.    No later than January 20, 2012, a request dismissing the case, **SHALL** be filed

23       2.    All pending dates, including the trial date, are **VACATED.**

24       Failure to comply with this order may be grounds for the imposition of sanctions on counsel

25 or parties who contributed to violation of this order.  *See* Local Rules 110, 160 and 272.

26

27 IT IS SO ORDERED.

28 Dated:  __December 6, 2011__                    __/s/ Jennifer L. Thurston__
                                               UNITED STATES MAGISTRATE JUDGE