UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOL Finance Company,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Dwight G. Mebane, Helen L. Mebane, Dwight and Helen Mebane Trust, Justin J. Mebane, Chet B. Mebane, Melissa J. Warner, John Doe and ABC Company,<br><br>　　　　Defendants. | Case No. 1:10-CV-00078 JLT<br><br>ORDER DISMISSING CASE |

　　　　Pursuant to the parties' Stipulation,

　　　　IT IS HEREBY ORDERED that all claims asserted in Plaintiff's Complaint (Document No. 1) and First Amended Complaint (Document No. 18) against Defendants Justin J. Mebane, Chet B. Mebane and Melissa J. Warner are dismissed with prejudice, but without attorney fees or costs being awarded to any party.

IT IS SO ORDERED.

Dated:  **January 3, 2012**　　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE